IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 137 |
| ) | |
| LAMAR S. TANN, ) | |
| ) | |
| Defendant. ) | |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From in or around April 2004, until on or about February 18, 2005, in or near Wilmington, in the State and District of Delaware, Lamar S. Tann, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Mossberg 12 gauge shotgun, Model No. 590, Serial No. P466016, after having been convicted on or about January 8, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT TWO

From on or about April 2004, until on or about February 18, 2005, in or near Wilmington, in the State and District of Delaware, Lamar S. Tann, defendant herein, did knowingly possess in and affecting interstate commerce, the following ammunition, as defined by Title 18 United States Code, Section 921(17)(A), after having been convicted on or about January 8, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware, in and for New Castle County:

FILED
NOV 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

- Thirty rounds of .45 ACP caliber center-fire cartridges head stamp marked "W-W 45 AUTO."

- Nineteen rounds of .38 caliber center-fire cartridges head stamp marked "Federal 38 Special."

- Eight rounds of .45 ACP caliber center-fire cartridges head stamp marked "R-P 45 AUTO."

All in violation of Title 18, United States Code, Section 922(g)(1) & §924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant Lamar S. Tann, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

- A Mossberg 12 gauge shotgun, Model No. 590, Serial No. P466016

- Thirty rounds of .45 ACP caliber center-fire cartridges head stamp marked "W-W 45 AUTO."

- Nineteen rounds of .38 caliber center-fire cartridges head stamp marked "Federal 38 Special."

- Eight rounds of .45 ACP caliber center-fire cartridges head stamp marked "R-P 45 AUTO."

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL·

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

*Robert F. Kravetz*
Robert F. Kravetz
Assistant U.S. Attorney

Dated: November 28, 2006



3