IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : Criminal No. 06-137 GMS | |
| | : | |
| LAMAR TANN | : | |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a change of plea hearing regarding the above-captioned

defendant is scheduled for **Thursday, April 12, 2007, at 9:30 a.m.** before the Honorable Gregory

M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street,

Wilmington, DE.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE


March 19, 2007