IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-137-GMS |
| | ) | |
| LAMAR S. TANN, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO DISMISS COUNT I OF THE INDICTMENT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count I of the Indictment returned against Defendant Lamar S. Tann on November 28, 2006, pursuant to the terms of a plea agreement entered into between the parties.

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: July 19, 2007

SO ORDERED this 19th day of July 2007.

/s/ Gregory M. Sleet
Honorable Gregory M. Sleet
Chief United States District Judge

FILED
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE